# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JORGE RUIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3109

[October 8, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen M. McHugh, Judge; L.T. Case No. 15-004434CF10A.

Carey Haughwout, Public Defender, and Logan T. Mohs, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***